UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 875(c) |
| | ) | CR 25·435 SRN/EMB |
| v. | ) | |
| | ) | |
| TYLER MAXON AVALOS, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Interstate Transmission of a Threat To Injure the Person of Another)

On or about October 9, 2025, in the State and District of Minnesota, the defendant,

**TYLER MAXON AVALOS,**

did knowingly transmit, in interstate and foreign commerce, a communication consisting of an online post containing a threat to injure the person of another, namely, a TikTok post containing a threat to injure Victim A, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY          FOREPERSON



SCANNED

NOV 1 3 2025

U.S. DISTRICT COURT MPLS