UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-435 (SRN/EMB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SUPERSEDING INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 875(c) |
| | ) | |
| v. | ) | |
| | ) | |
| TYLER MAXON AVALOS, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Interstate Transmission of a Threat To Injure the Person of Another)

On or about October 9, 2025, in the State and District of Minnesota, the defendant,

**TYLER MAXON AVALOS,**

did knowingly transmit, in interstate and foreign commerce, a communication consisting of an online post containing a threat to injure the person of another, namely, a TikTok post containing a threat to injure Victim A, with the purpose of issuing a threat, and with knowledge that the communication would be viewed as a threat, and consciously disregarding a substantial and unjustifiable risk that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY          FOREPERSON

SCANNED
JAN 2 9 2026
U.S. DISTRICT COURT MPLS