# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TRIAL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **TYLER MAXON AVALOS,** Defendant. | ) ) ) ) ) ) ) ) ) | **COURT MINUTES–CRIMINAL** |

| | |
|---|---|
| Case No: | 25-CR-435 (SRN/EMB) |
| Date: | Wednesday, November 4, 2026 |
| Court Reporters: | Lori Morrow (Morning)<br>Lynne Krenz (Afternoon) |
| Courthouse: | Saint Paul |
| Courtroom: | 7B |
| Time Started/Stopped: | 8:30 a.m. – 10:45 a.m. |
| Time Started/Stopped: | 1:30 p.m. – 1:45 p.m. |
| Time in Court: | Two (2) Hours/Thirty (30) Minutes |

Before The Honorable Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:

For Plaintiff: Joseph Teirab / David Green – United States Attorney's Office
Caleb Jurchisin, Special Agent

For Defendant: Daniel Gerdts, CJA

**PROCEEDINGS**:

A case management conference was held. (8:30 a.m. – 9:00 a.m.)

The Court addressed the parties' objections to the proposed Jury Instructions. The Verdict form was finalized.

The Court ruled on Defendant's pending motions. (Doc. Nos. 37, 64 and 74).

The Court DENIED Defendant's Motions to Dismiss Superseding Indictment (Doc. Nos. 37, 64).

The Court DENIED Defendant's Motion for Acquittal (Doc. No. 74).

Closing Argument-Government (9:15 a.m. – 9:45 a.m.)
Closing Argument-Defendant (9:45 a.m. – 10:00 a.m.)
Closing Argument-Rebuttal (10:00 a.m. – 10:10 a.m.)
Jury Instructions (10:10 a.m. – 10:35 a.m.)
Jury Deliberations (10:45 a.m. – 1:25 p.m.)
Verdict Received (1:30 p.m.)
Jury Trial Concluded (1:45 p.m.)
Presentence Investigation and Report Ordered.
Defendant released on previously imposed conditions of release.

Date: Wednesday, November 4, 2026

*s/CRD*
Courtroom Deputy to
The Hon. Susan Richard Nelson